# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHAMORA IVERY and NOAH SIEBENALLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RMH FRANCHISE CORP., RMH ILLINOIS, LLC, and RMH FRANCHISE HOLDINGS, INC.,<br><br>Defendants. | Case No. 17 Civ. 1619 (JJT) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND TOLLING OF THE STATUTE OF LIMITATIONS

Plaintiff Noah Siebenaller ("Plaintiff Siebenaller") and Defendants, RMH Franchise Corp., RMH Illinois, LLC, And RMH Franchise Holdings, Inc. ("Defendants"), by and through their respective counsel, hereby stipulate and agree that the claims of Plaintiff Siebenaller in the above-captioned action are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(ii), with each party to bear their own fees and costs.

It is further stipulated and agreed by the parties that the statute of limitations as to Plaintiff Siebenaller's federal and state law overtime claims shall be tolled from the period of March 1, 2017 through June 15, 2017, and the statute of limitations for such claims shall not run and shall not be deemed to have run during that period.

STIPULATED and AGREED this 16TH day of May, 2017.

| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **LITTLER MENDELSON, P.C.** |
| */s/* Melissa L. Stewart | */s/* Jennifer Schilling |
| Justin M. Swartz | Jennifer Schilling ARDC# 6256634 |
| Melissa L. Stewart (admitted *pro hac vice*) | O. Hanna Badmus ARDC# 6308524 |
| 685 Third Avenue, 25th Floor | 321 North Clark Street, Suite 1000 |
| New York, New York 10017 | Chicago, IL 60654 |

Telephone: (212) 245-1000

Paul W. Mollica
161 Clark Street, Suite 1600
Chicago, IL 60601
Telephone: (312) 809-7010

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz (admitted *pro hac vice*)
Alan L. Quiles (admitted *pro hac vice*)
1515 S. Federal Highway
Boca Raton, FL 33432
Telephone: (561) 447-8888

*Counsel for Plaintiffs*

Telephone: (312) 372-5520

Angelo Spinola (admitted *pro hac vice*)
3344 Peachtree Road, N.E.
Suite 1500
Atlanta, GA 30326-4803
Telephone: (404) 233-0330

*Counsel for Defendants*

## CERTIFICATION OF SERVICE

      I hereby certify that on May 16, 2017, the above document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              */s/ Melissa L. Stewart*
                                              Melissa L. Stewart