IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHAMORA IVERY, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RMH FRANCHISE CORP., RMH ILLINOIS, LLC, and RMH FRANCHISE HOLDINGS, INC.,<br><br>Defendants. | No. 17 Civ. 1619 (JJT) (MDW)<br><br>Hon. John J. Tharp Jr. |

**PLAINTIFF'S UNCONTESTED MOTION FOR
APPROVAL OF ATTORNEYS' FEES AND COSTS**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Uncontested Motion for Approval of Attorneys' Fees and Costs ("Fees Brief") and the Declaration of Melissa L. Stewart in Support of Joint Motion for Certification of the Rule 23 Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and Plaintiff's Uncontested Motions for Approval of Service Awards and Approval of Attorneys' Fees and Costs, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order granting approval of the attorneys' fees and reimbursement of expenses sought by Class Counsel as explained in the Fee Brief.

Dated: October 7, 2019
New York, New York

Respectfully Submitted,

/s/ *Melissa L. Stewart*
Melissa L. Stewart

**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Melissa L. Stewart (admitted *pro hac vice*)
Jared W. Goldman (admitted *pro hac vice*)
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000

Paul W. Mollica
161 North Clark Street, Suite 1600
Chicago, IL 60601
Telephone: (312) 809-7010

Relic Sun *(admitted pro hac vice)*
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800


**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz *(admitted pro hac vice)*
Alan L. Quiles *(admitted pro hac vice)*
951 Yamato Rd #285
Boca Raton, FL 33431
Telephone: (561) 447-8888


*Attorneys for Plaintiff and the Putative Settlement Classes*

## **CERTIFICATION OF SERVICE**

      I hereby certify that on October 7, 2019, a copy of the foregoing documents were filed electronically and service made by certified mail to anyone unable to accept electronic filing. Notice of the filing will be sent by email to all parties by operation of the Court's electronic filing system or by certified mail for anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                                  */s/* Melissa L. Stewart
                                                  Melissa L. Stewart